```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TENNESSEE
                         WESTERN DIVISION
```

|  |  |  |
|---|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE, and ERISA LITIGATION | ) ) ) ) ) | |
| CECIL CANNADAY, et al., | ) ) | No. 10-2188 |
|     Plaintiffs, | ) ) | |
| v. | ) ) | |
| BRIAN B. SULLIVAN, et al., | ) ) | |
|     Defendants. | ) | |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF STAY**

Before the Court is a joint motion for extension of stay filed by Nominal Defendants Helios Advantage Income Fund, Inc. (formerly RMK Advantage Income Fund, Inc.), Helios High Income Fund, Inc. (formerly RMK High Income Fund, Inc.), Helios Multi-Sector High Income Fund, Inc. (formerly RMK Multi-Sector High Income Fund, Inc.), and Helios Strategic Income Fund, Inc. (formerly RMK Strategic Income Fund, Inc.) (collectively, the "Nominal Defendants") and Plaintiffs Cecil Cannaday and Ronald Godfrey (collectively, the "Plaintiffs"). (See Nominal Defs.' and Derivative Pls.' Joint Mot. for Extension of Stay of the Action, ECF No. 53) ("Mot.")

On February 9, 2011, the Court stayed this derivative action until April 6, 2011. (See Order Granting Nominal Defs.' Mot. for Stay, ECF No. 52.) The Nominal Defendants and Plaintiffs have jointly moved for a sixty-day extension of that stay so that they might continue discussing a possible resolution of the issues in this action. (See Mot. 2-3.) They also note that the Securities and Exchange Commission is expected to complete a related administrative proceeding within that time and that its outcome will be relevant to the possible resolution of this action. (See id.) The Nominal Defendants and Plaintiffs have consulted with the other Defendants in this action, and they have no objection to an extension of the stay. (See Certificate of Consolidation, ECF No. 53-1.)

For good cause shown, the Court GRANTS the motion for extension of stay. This action is STAYED until June 6, 2011.

So ordered this 8th day of April, 2010.

                                        s/ Samuel H. Mays, Jr.
                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE