# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION | Case No. 2:09-md-02009-SHM |
| | Judge Samuel H. Mays, Jr. |
| This Document Relates to: | Magistrate Judge Diane K. Vescovo |
| *In re Helios Closed-End Funds Derivative Litigation*, No. 2:10-cv-02188-SHM-tmp | |

_____

## NOTICE OF FIRM NAME CHANGE

_____

**TO: CLERK OF COURT AND ALL PARTIES:**

Please take notice that effective May 15, 2011, the name of the law firm of Barroway Topaz Kessler Meltzer & Check, LLP, counsel for Plaintiff, changed to KESSLER TOPAZ MELTZER & CHECK, LLP.

The firm's address and telephone and facsimile numbers will remain the same.

Dated: July 19, 2011                    Respectfully submitted,

                                        **BRAMLETT LAW OFFICES**
                                        **By:**

                                        /s/ Paul Kent Bramlett
                                        **PAUL KENT BRAMLETT TN#7387**

Paul Kent Bramlett   TN #7387/MS #4291
Robert Preston Bramlett    TN #25895
**BRAMLETT LAW OFFICES**
2400 Crestmoor Road
P. O. Box 150734
Nashville, TN  37215
Telephone:    (615) 248-2828
Facsimile:    (615) 254-4116
E-mail :    pknashlaw@aol.com
           Robert@BramlettLawOffices.com


**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Eric L. Zagar
Robin Winchester
Kristen L. Ross
280 King of Prussia Road
Radnor, PA 19087
Phone:        (610) 667-7706
Facsimile:    (267) 948-2512
E-mail :    ezagar@ktmc.com
           rwinchester@ktmc.com
           kross@ktmc.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that I have this date served a true and exact copy of the above and foregoing:

## NOTICE OF FIRM NAME CHANGE

by filing the document on the ECF filing system, which serves the following attorneys:

**Nicole A. Baker**
K & L GATES LLP
1601 K. Street, N.W.
Washington, DC 20006-1600
202-778-9018
202-778-9100 (fax)
nicole.baker@klgates.com

**Matthew M. Curley**
BASS BERRY & SIMS PLC
150 Third Avenue South
Ste. 2800
Nashville, TN 37201
615-742-6200
mcurley@bassberry.com

**Michael L. Dagley**
BASS BERRY & SIMS PLC
150 Third Avenue South
Ste. 2800
Nashville, TN 37201
615-742-6200
615-742-2803 (fax)
mdagley@bassberry.com

**Kevin C. Logue**
PAUL HASTINGS JANOFSKY & WALKER, LLP
75 East 55th Street
New York, NY 10022
212-318-6223
212-230-7620 (fax)
kevinlogue@paulhastings.com

**Jeffrey B. Maletta**
K & L GATES LLP
1601 K. Street, N.W.
Washington, DC 20006-1600
202-778-9062
202-778-9100 (fax)
jeffrey.maletta@klgates.com

**R. Harold Meeks, Jr.**
PURSLEY LOWERY & MEEKS, LLP
260 Peachtree Street
Suite 2000
Atlanta, GA 30303
404-880-7180
404-880-7199 (fax)
hmeeks@plmllp.com

**W. Brantley Phillips, Jr.**
BASS BERRY & SIMS PLC- Nashville
150 3rd Avenue South
Suite 2800
Nashville, TN 37201
615-742-7723
bphillips@bassberry.com

**SO CERTIFIED** this 19th  day of JULY, 2011.

s/*Paul Kent Bramlett*
*PAUL KENT BRAMLETT*
