IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| In re REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION )<br><br>This Document Relates to:<br><br>*In re Helios Closed-End Funds Derivative Litigation*, No. 2:10-cv-02188-SHM-dvk | Case No: 10-2188-SHM |

## CARTER ANTHONY'S REPLY IN SUPPORT OF MOTION TO DISMISS

COMES NOW Carter Anthony and adopts the Reply Memorandum, in support of the Motion to Dismiss Plaintiffs' Consolidated Derivative Complaint, filed by Morgan Asset Management, Inc. and Individual Defendants on August 18, 2011.

This 18th day of August, 2011.

PURSLEY LOWERY MEEKS LLP

/s/ R. HAL MEEKS, JR.
R. Hal Meeks, Jr.
Georgia Bar No. 500825
hmeeks@plmllp.com
*Attorneys for Defendant Carter E. Anthony*

260 Peachtree Street, NW
Suite 2000
Atlanta, GA  30303
(404) 880-7180
(404) 880-7199 – fax

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the within and foregoing **Motion to Dismiss and Memorandum in Support** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

**BRAMLETT LAW OFFICES**
PAUL KENT BRAMLETT
ROBERT PRESTON BRAMLETT
2400 Crestmoor Road
P.O. Box 150734
Nashville, TN

**BARROWAY TOPAZ KESSLER MELTZER & CHECK LLP**
ERIC L. ZAGAR
ROBIN WINCHESTER
TARA P. KAO
280 King of Prussia Road
Radnor, PA 19087

**PAUL HASTINGS JANOFSKY & WALKER LLP**
KEVIN C. LOGUE
75 E. 55th Street
New York, NY 10022

**SUTHERLAND ASBILL & BRENNAN, LLP**
S. LAWRENCE POLK
999 Peachtree Street NE
Atlanta, GA 30309

**PURSLEY LOWERY MEEKS LLP**
R. HAL MEEKS
260 Peachtree Street NW, Suite 2000
Atlanta, GA 30303

**K&L GATES LLP**
JEFFREY B. MALETTA
NICHOLAS TERRIS
NICOLE A. BAKER
1601 K Street, NW
Washington, D.C. 20006-1600

**BASS BERRY SIMS**
Michael L. Dagley
Matthew M. Curley
Britt K. Latham
W. Brantley Phillips, Jr.
150 Third Avenue South; Suite 2800
Nashville, TN 37201

This 18th day of August, 2011.

PURSLEY LOWERY MEEKS LLP

/s/ R. HAL MEEKS, JR.
R. Hal Meeks, Jr.
Georgia Bar No. 500825
hmeeks@plmllp.com
*Attorneys for Carter E. Anthony*

260 Peachtree Street, NW
Suite 2000
Atlanta, GA 30303
(404) 880-7180
(404) 880-7199 – fax

2