IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION | ) ) ) ) | 2:09-md-02009-SHM |
| This Document Relates to: | ) ) | |
| *In re Regions Morgan Keegan Open-End Mutual Fund Litigation*, No. 2:07-cv-02784-SHM-dkv | ) ) ) ) | |
| *In re Regions Morgan Keegan Closed-End Fund Litigation,* No. 2:07-cv-02830-SHM-dkv | ) ) ) ) | |
| *In re Regions Morgan Keegan ERISA Litig.,* No. 2:08-cv-02192-SHM-dkv | ) ) ) | |
| *Landers v. Morgan Asset Mgmt., Inc.*, No. 2:08-cv-02260-SMH-dvk | ) ) ) | |
| *Woods, et al . v. Morgan Asset Mgmt., Inc., et al.*, No. 2:09-cv-02280-SHM-dkv | ) ) ) | |
| *Davies, et al. v. Morgan Asset Mgmt, Inc., et al.,* No. 2:09-cv-02520-SHM-dkv | ) ) ) | |
| *Stewart Goddard Family Living Trust U/A et, al. v. Morgan Keegan & Co., Inc., et al.,* No. 2:09-cv-02544-SHM-dkv | ) ) ) ) | |
| *Garrett, et al. v. Regions Financial Corp., et al.,* No. 2:09-cv-02557-SHM-dkv | ) ) ) | |
| *In re Helios Closed-End Fund Derivative Litig.,* No. 2:10-cv-02188-SHM-dkv | ) ) ) | |
| *Purdue Avenue Investors, LP, et al. v. Morgan Keegan & Co., Inc., et al.,* No. 2:10-cv-02260-SHM-dkv | ) ) ) | |

| | |
|---|---|
| *Freeman, et al. v. Regions Bank, et al.*, <br> No. 2:10-cv-02278-SHM-dkv | ) <br> ) <br> ) |
| *Karrels v. Morgan Asset Mgmt., Inc., et al.*, <br> No. 2:10-cv-02279-SHM-dkv | ) <br> ) <br> ) |
| *Bolton, et al. v. Morgan Asset Mgmt., Inc., et al.*, <br> No. 2:10-cv-02439-SHM-dkv | ) <br> ) <br> ) |
| *Ballinger, et al, v. Morgan Keegan & Co. Inc., et al.*, <br> No. 2:10-cv-02509-SHM-dkv | ) <br> ) <br> ) <br> ) |

## MOTION FOR WITHDRAWAL AS COUNSEL OF RECORD AND SUPPORTING MEMORANDUM

Pursuant to Local Rule 83.1(h), Matthew M. Curley, of the law firm Bass Berry & Sims PLC, files this motion and supporting memorandum respectfully requesting the entry of an order permitting his withdrawal as counsel of record in the above-captioned actions. As grounds for this motion, as of November 1, 2011, undersigned counsel will be serving as Civil Chief for the United States Attorney's Office for the Middle District of Tennessee and will no longer be affiliated with Bass Berry & Sims PLC.

Granting the relief requested herein will not result in any delay in the trial of the above-captioned actions as Morgan Keegan & Company, Inc., Morgan Asset Management, Inc., and MK Holding, Inc., will continue to be represented in the above-captioned actions by Michael L. Dagley, W. Brantley Phillips, Jr., Shepherd D. Tate, and Michael A. Brady. In light of the foregoing, Matthew M. Curley respectfully requests that the Court enter an order granting permission to withdraw as counsel and relieve him from all further duties and responsibilities in these actions.

A Proposed Order shall be transmitted to the Court via e-mail in accordance with the requirements of L.R. 7.2(a)(1)(A).

DATED this 31st day of October 2011.

          Respectfully submitted:

          BASS, BERRY & SIMS PLC

    By: /s/ Matthew M. Curley
          Matthew M. Curley
          150 Third Avenue South, Suite 2800
          Nashville, TN 37201
          (615)742-6200
          mcurley@bassberry.com

          *Attorneys for Morgan Keegan & Company, Inc., MK Holding, Inc., Inc., Morgan Asset Management, Inc.*

**CERTIFICATE OF SERVICE**

   I hereby certify that on October 31, 2011, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following and/or served the following via U.S. Mail:

Scott T. Beall
LAW OFFICES OF SCOTT T. BEALL
6800 Poplar Avenue
Suite 215
Memphis, TN 38138

Jerome A. Broadhurst
APPERSON CRUMP, PLC
6070 Poplar Ave.
Sixth Floor
Memphis, TN 38119-3954

Peter H. Burke
BURKE HARVEY & FRANKOWSKI, LLC
2151 Highland Avenue South
Suite 120
Birmingham, AL 35205

Mark P. Chalos
LIEFF CABRASHER HEIMANN &
BERNSTEIN, LLP
One Nashville Place
150 Fourth Ave., North
Ste. 1550
Nashville, TN 37219-2423

John A. Cremer
CREMER & CREMER
251 East Ohio St.
Ste. 915
Indianapolis, IN 46204

Richard J. Davis
MAYNARD COOPER & GALE, PC
AmSouth/ Harbert Plaza
1901 6th Avenue North
Suite 2400
Birmingham, AL 35203-2602

Andrew Berke
BERKE BERKE & BERKE
420 Frazier Avenue
P.O. Box 4747
Chattanooga, TN 37405

Scott S. Brown
MAYNARD COOPER & GALE PC
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203-2618

John J. Carey
CAREY & DANIS, L.L.C.
8235 Forsyth Blvd.
Ste. 1100
St. Louis, MO 63105

John David Collins
MAYNARD COOPER & GALE, PC
AmSouth/ Harbert Plaza
1901 6th Avenue North
Suite 2400
Birmingham, AL 35203-2602

Asa R. Danes
SEEGER WEISS LLP
77 Water Street
26th Floor
New York, NY 10005

Paul J. Dobrowski
DOBROWSKI LLP
1010 Lamar
Ste. 1350
Houston, TX 77002

4

Ellen M. Doyle
STEMBER FEINSTEIN DOYLE & PAYNE, LLC
429 Forbes Avenue
1705 Allegheny Building
Pittsburgh, PA 15219

Harold Naill Falls, Jr.
FALLS & VEACH
1143 Sewanee Rd.
Nashville, TN 37220

Peter S. Fruin
MAYNARD COOPER & GALE, PC
AmSouth/ Harbert Plaza
1901 6th Avenue North
Suite 2400
Birmingham, AL 35203-2602

Albert C. Harvey
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
One Commerce Square
40 S. Main St.
Ste. 2900
Memphis, TN 38103-5529

Kenneth C. Johnston
KANE RUSSELL ET AL
1601 Elm St.
Ste. 3700
Dallas, TX 75201

Jeffrey A. Lee
MAYNARD COOPER & GALE, PC
1901 Sixth Ave N.
Ste 2400
Birmingham, AL 35203

Derek W. Loeser
KELLER ROHRBACK, LLP
1201 3rd Avenue
Suite 3200
Seattle, WA 98101

Timothy A. Duffy
KIRKLAND & ELLIS, LLP - Chicago
300 North LaSalle Street
Chicago, IL 60654

J. Timothy Francis
JAMES L. NORTH & ASSOCIATES
300 Richard Arrington Jr. Blvd., North
Suite 700
Birmingham, AL 35203

Adam Julien Gana
NAPOLI BERN RIPKA & ASSOCIATES, LLP
350 Fifth Avenue
Suite 7413
New York, NY 10118

Richard M. Heimann
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery St.
30th Floor
San Francisco, CA 94111-3339

Emily C. Komlossy
FARUQI & FARUQI, LLP
3595 Sheidan St.
Ste. 206
Hollywood, FL 33021

Richard A. Lockridge
LOCKRIDGE GRINDAL NAUEN, PLLP
100 Washington Ave., South
Ste. 2200
Minneapolis, MN 55401

Kevin C. Logue
PAUL HASTINGS JANOFSKY & WALKER, LLP- New York
75 East 55th Street
New York, NY 10022

5

Jeffrey B. Maletta
K & L GATES LLP
1601 K. Street, N.W.
Washington, DC 20006-1600

Randall K. Pulliam
CAULEY BOWMAN CARNEY & WILLIAMS, PLLC
11311 Arcade Dr.
Suite 200
Little Rock, AR 72211

James G. Stranch, III
BRANSTETTER STRANCH & JENNINGS, PLLC
227 2nd Avenue North
4th Floor
Nashville, TN 37201

Dale H. Tuttle
GLASSMAN EDWARDS WYATT TUTTLE & COX, P.C.
26 N. Second Street
Memphis, TN 38103

B. J. Wade
SKOUTERIS & MCGEE, PLLC
50 N. Front Street, Suite 920
Memphis, TN 38103

Frank L. Watson, III
WATSON BURNS, LLC
253 Adams Ave
Memphis, TN 38103

John McQuiston, II
EVANS PETREE, PC
1000 Ridgeway Loop Road
Suite 200
Memphis, TN 38120

J. Gerard Stranch, IV
BRANSTETTER STRANCH & JENNINGS, PLLC
227 2nd Avenue North
4th Floor
Nashville, TN 37201

Charles M Thompson
LAW OFFICE OF CHARLES M. THOMPSON
1401 Doug Baker Blvd.
Suite 107-135
Birmingham, AL 35242

John B. Veach, III
FALLS & VEACH
20 Cedarcliff Road
Asheville, NC 28803

William B. Wahlheim, Jr.
MAYNARD COOPER & GALE, PC
AmSouth/ Harbert Plaza
1901 6th Avenue North
Suite 2400
Birmingham, AL 35203-2602

Martin W. Zummach
SPARKMAN ZUMMACH, P.C.
P.O. Box 266
Southaven, MS 38671-0266

/s/ Matthew M. Curley_____